# ARRAIGNMENT/DETENTION/PLEA/SENTENCING MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-5233 KRS | UNITED STATES vs. ABOYTES-LEAL |
|---|---|

**Before The Honorable Kevin R. Sweazea, United States Magistrate Judge**

| Hearing Date: | 12/18/2025 | Time In and Out: | 9:47 a.m.-9:52; 10:21-10:42 (3 MIN) |
|---|---|---|---|
| Clerk: | V. Ruiz | Digital Recording: | LC-Sierra Blanca |
| Defendant: | SALVADOR ABOYTES-LEAL | Defendant's Counsel: | ANDRE POISSANT |
| AUSA: | AMOS NAM | Interpreter: | JUAN RAMIREZ   ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn
- ☐ First Appearance
- ☐ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
- ☒ Deft acknowledges receipt of: **Information**
- ☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☐ Terms and conditions of proposed plea agreement explained.    ☐ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Defendant enters a Not Guilty plea as to **COUNTS 1-3 OF THE INFORMATION (For Arraignment purposes only.)**

  Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION (at Change of Plea hearing.)**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☐ Acceptance of plea agreement deferred until final disposition hearing by district judge.
- ☒ Sentence Imposed: **CBOP TIME SERVED (as to count 1), SPA WAIVED, APPEAL RIGHTS**
- ☒ Defendant in custody    ☒ Conditions set: O/R BOND

Other Matters: DETENTION ISSUE AS TO COUNTS 2 AND 3 OF INFORMATIONS: DEFENSE COUNSEL MOVES FOR RELEASE UNDER AN O/R BOND. GOVERNMENT SEEKS DETENTION ON REMAINING COUNTS. COURT SETS AN O/R BOND AS TO COUNTS 2 AND 3.

PURSUANT TO RULE 14, COURT WILL SEVER COUNTS 2 & 3. GOVERNMENT ORALLY MOVES TO DISMISS COUNTS 2, 3 WITHOUT PREJUDICE. COURT GRANTS, COUNTS 2 & 3 ARE DISMISSED WITHOUT PREJUDICE.